# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# Indianapolis Division

| | |
|---|---|
| LAVONNA MARIE THOMPSON and<br>RICKY CHESLEY THOMPSON,<br>　　*Plaintiff*,<br><br>　　v.<br><br>SELECT PORTFOLIO SERVICING, INC.,<br>U.S. BANK, NA, as indenture Trustee for the<br>CIM TRUST 2016-1, EQUIFAX INFORMATION<br>SERVICES, LLC., TRANS UNION, LLC., and<br>EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>　　*Defendants*. | )<br>)<br>)<br>)<br>)  Case No.   1:20-cv-1924-SEB-TAB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO WITHDRAW DKT 28 and 29

　　Plaintiffs, Lavonna Marie Thompson and Ricky Chesley Thompson, by and through undersigned counsel, respectfully move to withdraw the Joint Motion for Entry of Protective Order at [Dtk. 28] and the Joint Motion for Entry of Protective Order at [Dkt. 29] and in the above-captioned cause as they should have been Joint with all Defendants combined and not individually. To address this oversight, Plaintiff will refile one combined Joint Motion for Entry of Protective Order once consent is given and received by all Defendants.

　　**WHEREFORE**, Plaintiffs, Lavonna Marie Thompson and Ricky Chesley Thompson, respectfully requests the Court to grant this Motion to Withdraw Dtk. 28 and 29, and for all other relief just and proper.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Travis W. Cohron*
　　　　　　　　　　　　　　　　　　　　Travis W. Cohron, No. 29562-30
　　　　　　　　　　　　　　　　　　　　**CLARK, QUINN, MOSES, SCOTT & GRAHN, LLP**
　　　　　　　　　　　　　　　　　　　　320 N. Meridian Street, Suite 1100
　　　　　　　　　　　　　　　　　　　　Indianapolis, IN 46204

                                                      Telephone: (317) 637-1321
                                                      Fax: (317) 687-2344
                                                      tcohron@clarkquinnlaw.com
                                                      ***Counsel for the Plaintiff***

## **CERTIFICATE OF SERVICE**

       I hereby certify that on September 3, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Leah L. Seigel
Taylor L. Hunter
**BARNES & THORNBURG, LLP**
leah.seigel@btlaw.com
taylor.hunter@btlaw.com
*Counsel for Experian Information Solutions, Inc.*

Allison L. McQueen
**JONES DAY**
77 W. Wacker drive
Chicago, IL 60601
amcqueen@jonesday.com
*Counsel for Experian Information Solutions, Inc.*

Sandra Davis Jansen
Kevin T. Bennett
**SCHUCKIT & ASSOCIATES, P.C.**
sjansen@schuckitlaw.com
kbennett@schuckitlaw.com
*Counsel for Trans Union, LLC*

N. Charles Campbell
**EQUIFAX LEGAL DEPARTMENT**
charles.campbell@equifax.com
*Counsel for Equifax Information Services, LLC*

Jacob V. Bradley
Michael R. Couch
**QUARLES & BRADY LLP**
jacob.bradley@quarles.com
michael.couch@quarles.com
*Counsel for Select Portfolio Servicing, Inc. and US Bank NA*

                                                    */s/ Travis W. Cohron*

                                          Travis W. Cohron, No. 29562-30

**CLARK, QUINN, MOSES, SCOTT & GRAHN, LLP**
320 N. Meridian Street, Suite 1100
Indianapolis, IN 46204
Telephone: (317) 637-1321