UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Indianapolis Division

| | |
|---|---|
| LAVONNA MARIE THOMPSON and <br> RICKY CHESLEY THOMPSON, <br>    *Plaintiff*, <br> <br>    v. <br> <br> SELECT PORTFOLIO SERVICING, INC., <br> U.S. BANK, NA, as indenture Trustee for the <br> CIM TRUST 2016-1, EQUIFAX INFORMATION <br> SERVICES, LLC., TRANS UNION, LLC., and <br> EXPERIAN INFORMATION SOLUTIONS, INC. <br> <br>    *Defendants*. | ) <br> ) <br> ) <br> ) <br> ) **Case No.**  1:20-cv-1924-SEB-TAB <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER OF DISMISSAL AS TO COUNT XXI:**
**VIOLATION OF THE TCPA, 47 U.S.C. § 227 (b)(1)(A)(iii)**
**AGAINST DEFENDANT SELECT PORTFOLIO SERVICING, INC., ONLY**

Plaintiffs, Lavonna Marie Thompson and Ricky Chesley Thompson, and Defendant, Select Portfolio Servicing, Inc., each by their respective counsel, having stipulated to dismissal only of Count XXI: Violation of the TCPA, 47 U.S.C. § 227 (b)(1)(A)(iii), against Defendant, Select Portfolio Servicing, Inc., with prejudice, costs paid. The Court being duly informed and finding said Stipulation made for good cause, now GRANTS said Stipulation.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by this Court that only Count XXI: Violation of the TCPA, 47 U.S.C. § 227 (b)(1)(A)(iii), against Defendant, Select Portfolio Servicing, Inc., is now dismissed with prejudice, each party to bear its own costs.

**SO ORDERED.**

10/22/2020

                                                                         _____
                                                                         SARAH EVANS BARKER, JUDGE
                                                                         United States District Court
                                                                         Southern District of Indiana

Copies to counsel of
record electronically registered.